UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> PLAINTIFF <br><br> v. <br><br> LEANNE W. PARKS, <br><br> DEFENDANT | CIVIL ACTION NO.: <br> 1:25-cv-00210-NT |

## STATUS REPORT

Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1. Plaintiff has confirmed receipt of the defendant's certified funds for reamortization of the loan. The parties are currently working to dismiss the foreclosure, as agreed during mediation.

Dated this February 27, 2026.

/s/ *Kevin J. Crosman*
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

Leanne W. Parks<br>
1550 Pushaw Road<br>
Glenburg, ME 04401

Dated at Portland, Maine, this February 27, 2026.

/s/ *Kevin J. Crosman*

_____
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff