UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE**, <br><br>                    Plaintiff, <br><br> v. <br><br> **LEANNE W. PARKS**, <br><br>                    Defendant, | CASE NO.  **1:25-cv-00210-NT** |

## STIPULATION OF DISMISSAL

Plaintiff United States Department of Agriculture and Defendant Leanne W. Parks, each through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal of the above-referenced action with prejudice and without costs to either party.

Dated: 2/27/2026

*/s/ Kevin J. Crosman, Esq.*
Kevin J. Crosman, Esq.
10 Free Street, PO BOX 4510
Portland, ME 04112
T: 207-775-7271
E: KCrosman@jensenbaird.com

*Attorneys for Plaintiff*

Dated: 2/27/2026

*Leanne W. Parks*
Leanne W. Parks
1550 Pushaw Road
Glenburn, ME 04401
207-479-7098
trailfindergirl@gmail.com

*Pro Se*